1

2

3          United States District Court
           Northern District of California

4

5

6    RUBEN SUMERA,                                Case No.: CV 13-01950-KAW

7              Plaintiff,
                                                  ORDER REQUIRING PLAINTIFF TO FILE
8        v.                                       PROOF OF SERVICE OF THE SUMMONS
                                                  AND COMPLAINT
9    ERIC HOLDER, et al.,

10             Defendants.

11

12          On October 4, 2013, this court ordered Plaintiff to show cause why the above-captioned

13   case should not be dismissed for failure to prosecute.  (Oct. 1, 2013 Order to Show Cause, Dkt.

14   No. 10.)  In the order, the court noted that while it had granted Plaintiff an extension of time to

15   serve the defendants, the extended deadline for serving the defendants had passed without

16   Plaintiff filing proof of service of the summons and complaint.  *(Id.)*  The extended deadline for

17   serving the defendants was August 31, 2013.  *(Id.)*  Plaintiff was to file a written response to the

18   order to show cause by Friday, October 18, 2013 at 5:00 p.m.  *(Id.)*

19          Plaintiff filed a response to the order to show cause on October 18, 2013 at 10:36 p.m.

20   (Pl.'s Response, Dkt. No. 11.)  The court noted that Plaintiff's response was insufficient.  (October

21   25, 2013 Order re Pl.'s Response at 1, Dkt. No. 12.)  In the response, Plaintiff indicated that

22   defendants were served on September 18, 2013 and that he would file proof of service upon

23   receipt from the process server.  (Pl.'s Response at 1.)

24          On October 25, 2013, the court ordered Plaintiff to promptly file proof of service of the

25   summons and complaint.  (October 25, 2013 Order re Pl.'s Response at 1.)  In that order, the court

26   put counsel on notice that it would not discharge the order to show cause until after Plaintiff filed

27   proof of service of the summons and complaint.  *(Id.)*  As of the date of this order, Plaintiff has

28   not done so.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Accordingly, the court hereby orders Plaintiff to file proof of service of the summons and

2 complaint by December 4, 2013.  If Plaintiff fails to comply with that deadline, the above-

3 captioned case may be dismissed for failure to prosecute.

4    IT IS SO ORDERED.

5 Dated: November 20, 2013

6                                                   KANDIS A. WESTMORE
                                                    United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28