United States District Court
Northern District of California

RUBEN SUMERA,

          Plaintiff,

    v.

ERIC HOLDER, et al.,

          Defendants.

Case No.: CV 13-01950-KAW

ORDER TO SHOW CAUSE

Defendants in the above-captioned case filed a motion to dismiss Plaintiff Ruben Sumera's complaint. (Mot., Dkt. No. 27.) The motion is currently set for hearing on June 5, 2014.

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on April 18, 2014. As of the filing of this order, Plaintiff has not filed an opposition to the motion.

Accordingly, the Court hereby orders Plaintiff to show cause why the pending motion to dismiss should not be granted as unopposed. Plaintiff shall file a written response to this order to show cause by no later than May 9, 2014. Plaintiff shall also file, as a separate document, an opposition to the motion to dismiss or a statement of non-opposition to the motion by no later than May 9, 2014. Failure to timely file both documents may result in dismissal of this action. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition of any motion shall constitute consent to the granting of the motion.").

IT IS SO ORDERED.

Dated: April 25, 2014

KANDIS A. WESTMORE
United States Magistrate Judge