United States District Court
Northern District of California

RUBEN SUMERA,

        Plaintiff,

  v.

ERIC HOLDER, et al.,

        Defendants.

Case No.: CV 13-01950-KAW

ORDER DISCHARGING ORDER TO SHOW CAUSE

    Defendants in the above-captioned case filed a motion to dismiss Plaintiff Ruben Sumera's complaint. (Mot., Dkt. No. 27.) Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on April 18, 2014. As Plaintiff did not file an opposition by that deadline, the Court ordered him to show cause why the motion to dismiss should not be granted as unopposed. (April 25, 2014 Order, Dkt. No. 30.) Plaintiff was to file a written response to the order to show cause by no later than May 9, 2014. *(Id.)*

    Plaintiff filed a response to the order to show cause on May 9, 2014, in which he explains why he did not file a timely opposition to the pending motion to dismiss. Accordingly, the Court's order to show cause is hereby discharged. Plaintiff, however, is on notice that any further noncompliance with filing deadlines will not be tolerated.

    IT IS SO ORDERED.

Dated: May 20, 2014

KANDIS A. WESTMORE
United States Magistrate Judge