MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for Defendant

RUSSELL A. ROBINSON (CABN 163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone: (415) 861-4416
Facsimile: (415) 431-4526
rlaw345@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUBEN SUMERA, | Case No. 4:13-CV-01950-KAW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR MEDIATION** |
| v. | |
| ERIC H. HOLDER, JR., DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, in his official capacity, | |
| Defendant. | |

      Plaintiff, Ruben Sumera, and Defendant, Eric H. Holder, Jr., Attorney General, U.S. Department of Justice, in his official capacity, hereby stipulate as follows, subject to the approval of the Court:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR MEDIATION
C 13-1950 KAW

1

1. On February 4, 2015, the parties submitted a stipulation reflecting their agreement to participate in mediation.  ECF No. 49.  On February 5, 2015, the Court adopted and so ordered the parties' stipulation to hold the mediation by 120 days from the date of the order, or by June 5, 2015.  ECF No. 50.  On March 2, 2015, the Notice of Appointment of Mediator Richard Whitmore was filed.  ECF No. 52.

2. The parties through their counsel participated in a teleconference with the mediator on March 10, 2015, to discuss mediation procedures and scheduling matters.  Immediately prior to this teleconference, counsel conferred and agreed that it would be preferable to extend the current deadline for completion of the mediation in order to permit the parties to resolve discovery issues and complete certain depositions.

3. Specifically, Defendant will be deposing Plaintiff on April 30, 2015.  Plaintiff has also requested to take the depositions of two of his former supervisors.  The parties are working on scheduling these two depositions, one of which will likely require travel to Washington, D.C.  Due to counsel's scheduling commitments, including trial dates in another case, it is possible that these depositions may not occur until late June.

4. The parties discussed these discovery and scheduling issues with the mediator and agreed that it would allow for a more meaningful mediation if the parties were to seek a 90-day extension of the current mediation deadline.  Mediator Whitmore has indicated that he does not have any objection to this requested extension.

5. The requested extension will not interfere with the rest of the case management schedule.  The fact discovery cut-off date is September 7, 2015, and the trial date is January 25, 2016.

6. The parties respectfully request that the Court permit this requested extension and so indicate by signing the proposed order below, thereby extending the current deadline for completion of the mediation by 90 days to September 4, 2015.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:  April 21, 2015       /s/ *Michelle Lo*
                 Michelle Lo
                 Assistant United States Attorney
                 Counsel for Defendant

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR MEDIATION
C 13-1950 KAW

Dated:  April 21, 2015

/s/ *Russell A. Robinson*
Russell A. Robinson
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco, CA 94102
Tel: (415) 861-4416
Fax: (415) 431-4526
Counsel for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for completing the mediation is extended to September 4, 2015.

DATED:  4/23/15

Hon. Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR MEDIATION
C 13-1950 KAW

3