UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SUMERA<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER,<br><br>    Defendant. | Case No. 13-cv-01950-KAW  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: August 12, 2015<br>Mediator: Richard Whitmore |

IT IS HEREBY ORDERED that the request to excuse defendant Eric H. Holder, in his official capacity as Attorney General, U.S. Department of Justice's Agency representative from appearing in person at the August 12, 2015, mediation before Richard Whitmore is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: July 29, 2015

Maria-Elena James
United States Magistrate Judge