Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:    (415) 861-4416
Facsimile:    (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**RUBEN SUMERA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SUMERA,<br><br>   Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>   Defendants. | No.   C-13-1950-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC** (as modified by the Court)<br>Date:   September 1, 2015<br>Time:   1:30 p.m. |

**Recitals**

1.   The continued Case Management Conference herein is currently scheduled for September 1, 2015 at 1:30 p.m. in this Court.

2.   Plaintiff's counsel has a late-arising calendar conflict of which just learned and is unable to reschedule in San Joaquin County.

3.   By stipulation the parties agree, at the request of Plaintiff's counsel, to continue the September 1, 2015, case management conference to September 8, 2015.

4.   The parties underwent mediation with mediator Richard S. Whitmore on August 12, 2015.  The case did not settle, but there is a follow-up series of calls planned between counsel and the mediator for September 8-10, 2015.  Discovery closes September 7, 2015, and third-party witness Karl Hense will be deposed on August 27, 2015.

5.   Accordingly, the parties have stipulated and agreed, with the Court's approval, that the Case Management Conference be postponed for one week, from its presently

1 scheduled date; or otherwise to an appropriate date as the Court may select.

2 **Stipulation**

3 It is hereby stipulated between the Plaintiff and Defendant that the Case Management

4 Conference shall be continued to September 8, 2015, at 1:30 p.m., in the Oakland Courthouse,

5 1301 Clay Street, Oakland, CA 94612, or upon such date as the Court may deem appropriate.

8 Date: August 25, 2015               *Russell A. Robinson /s/*
                                       By:   Russell A. Robinson
9                                      Law Office of Russell A. Robinson
                                       Counsel for Plaintiffs
10                                     **RUBEN SUMERA**

12 Date: August 25, 2015               */s/*
                                       By:   Michelle Lo
13                                     Assistant United States Attorney
                                       Northern District of California
14                                     Attorney for Defendant
                                       ERIC H. HOLDER, JR.

16 **Order**

17 **PURSUANT TO STIPULATION,**

18 The Case Management Conference shall be continued to September 8̶ ¹⁵, 2015, at 1:30

19 p.m., at the Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612, with a joint statement

20 due no later than September 1̶ ⁸, 2015.

21 **IT IS SO ORDERED.**

22 Date: August 26, 2015              *Kandis Westmore*
                                       Hon. Kandis A. Westmore
23                                     U.S. MAGISTRATE JUDGE