1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6475
6       FAX: (415) 436-7234
        wendy.garbers@usdoj.gov
7
   Attorneys for Defendant LORETTA LYNCH
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   RUBEN SUMERA,                    )  No. 4:13-cv-01950-KAW
13                                  )
        Plaintiff,                  )  **STIPULATION AND [PROPOSED] ORDER RE
14                                  )  CASE SCHEDULE** (AS MODIFIED BY THE
   v.                               )  COURT)
15                                  )  The Honorable Kandis A. Westmore
   LORETTA LYNCH, Attorney General of the )
16 United States, in her official capacity; )
                                    )
17      Defendant.                  )
                                    )
18 _____ )

19

20                              **STIPULATION**

21      WHEREAS, Assistant United States Attorney Michelle Lo has been the lead defense lawyer on

22 this matter and has handled all aspects of the day-to-day litigation;

23      WHEREAS, AUSA Lo went into an earlier-than-anticipated labor and gave birth to her first

24 child on Saturday, October 3, 2015;

25      WHEREAS, AUSA Lo had hoped to file defendant's summary judgment motion, currently due

26 on October 16, 2015, before going out on leave, but was unable to do so in light of her baby's early

27 arrival;

28      WHEREAS, AUSA Lo will be out on maternity leave for a number of months, including through

1  the January 25, 2016 trial scheduled herein;

2   WHEREAS, this matter has just been reassigned to Assistant United States Attorney Wendy M.
3  Garbers, who is unfamiliar with the file and will need some additional time to get up to speed and to
4  prepare defendant's summary judgment motion;

5   IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their
6  respective counsel of record, that all operative deadlines in this matter be extended approximately 45 days
7  (slightly modified due to the holidays).  Subject to the Court's availability, the parties propose the following
8  schedule:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Defendant's Summary Judgment Motion Due | October 16, 2015 | November 19, 2015 |
| Plaintiff's Summary Judgment Opposition Due | October 30, 2015 | December 8, 2015 |
| Defendant's Summary Judgment Reply Due | November 6, 2015 | December 23, 2015 |
| Summary Judgment Hearing | November 19, 2015 | February 4, 2016 ~~January 7, 2016~~ |
| Pretrial Conference | January 12, 2016 at 3:00 p.m. | July 5, 2016 ~~March 1, 2016~~ at 3:00 p.m. |
| Trial | January 25-29, 2016 | July 25-29, 2016 ~~March 14-18,~~ 2016 |

DATED:  October 6, 2015      Respectfully submitted,

                 BRIAN J. STRETCH
                 Acting United States Attorney

                 /s/ *Wendy M. Garbers*
                 WENDY M. GARBERS
                 Assistant United States Attorney

DATED:  October 6, 2015      LAW OFFICE OF RUSSELL A. ROBINSON

                 /s/ *Russell A. Robinson*\*
                 Russell A. Robinson
                 Attorney for Plaintiff

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*

STIPULATION AND ~~[PROPOSED]~~ ORDER RE CASE SCHEDULE
No. 4:13-cv-01950-KAW         2

1                                  [PROPOSED] **ORDER**

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.

5    Dated: 10/07/2015

7                              THE HONORABLE KANDIS A. WESTMORE